STATE v. JONES

No. 316P01

Case below: 143 N.C. App. 514

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

STATE v. KALEY

No. 38A95-2

Case below: 143 N.C. App. 186

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 July 2001. Petiton by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 July 2001.

STATE v. KEEL

No. 134A93-9

Case below: Edgecombe County Superior Court

Motion by Attorney General to lift stay of execution denied 19 July 2001.

STATE v. McQUAIG

No. 120P01

Case below: 142 N.C. App. 214

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 19 July 2001. Notice of appeal by Attorney General pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 19 July 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 19 July 2001 for limited purpose to remand to the North Carolina Court of Appeals for reconsideration in light of *State v. Lucas*. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 19 July 2001.